[No. 66151-5-I.   Division One.   January 22, 2013.]

ALLAN PARMELEE, *Appellant*, v. LISA HOWE ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated April 8, 2013. Substitute opinion filed. See 174 Wn. App. 1033.

[No. 66558-8-I.   Division One.   January 22, 2013.]

KING COUNTY, *Respondent*, v. RICHARD AZPITARTE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-25058-9, Andrea A. Darvas, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Lau and Verellen, JJ.

[No. 66877-3-I.   Division One.   January 22, 2013.]

ALEXANDER M. DEHAAN ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-31097-1, Monica J. Benton, J., entered February 24, 2011. *Reversed* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Cox and Spearman, JJ.

[No. 67116-2-I.   Division One.   January 22, 2013.]

PHILIP BASKARON, *Appellant*, v. CAMERON ENTERPRISES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-34015-7, Jay V. White, J., entered April 8, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Verellen, JJ.